**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re    Rachel Leigh Carson<br><br><br>Debtors. | Case No.:  3:18-bk-31476-SHB<br>Chapter 13 |

Objecting Party / Creditor: **Rocky Top Finance, LLC**
Collateral:  **laptop, printer; 3 televisions; PS4 game station**

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Comes, the above-named Creditor and objects to Confirmation of the Chapter 13 Plan proposed in this case on the following ground(s):

_____    1.  Debtor(s) not eligible for chapter 13 relief.  11 U.S.C. § 109(e) or (g)

_____    2.  Plan not proposed in good faith.  11 U.S.C. § 1325(a)(3)

_____    3.  Creditors receive less under the plan that they would receive in a chapter 7.  11 U.S.C. § 1325(a)(4)

_____    4.  Plan does not provide for payment of all disposable income.  11 U.S.C. § 1325(b)(1)(B)

_____    5.  The plan is not feasible.  11 U.S.C. § 1325(a)(6)

_____    6.  Unsecured claims are improperly classified or plan unfairly discriminates a class.  11 U.S.C. §  1322(b)(1)

_____    7.  Plan improperly provides for lien avoidance.

__X__    8.  Collateral is undervalued or all collateral not listed.  11 U.S.C. § 1325(a)(5)(B)(ii)

__X__    9.  No interest provided on claim or interest rate is insufficient.  11 U.S.C. § 1325(a)(5)(B)(ii)

__X__   10. Lack of adequate protection, either in monthly payment on secured debt or absence of insurance.

_____   11. The plan does not permit a deficiency claim.

_____   12. Security interest in principal residence is impermissibly modified, insufficient or no mortgage arrearage listed, inadequate interest is provided on arrearage, or mortgage default is not cured within a reasonable time. 11 U.S.C. § 1325(a)(5)

_____   13. The plan does not provide for lien retention for a secured claim.  11 U.S.C. § 1325(a)(5)(B)(i)

_____   14. Other: _____

WHEREFORE, this Creditor requests that confirmation of the Plan be denied and the case dismissed.

/s/ Wm. Stanton Massa, III
Wm. Stanton Massa, III (BPR# 015556)
Attorney for Creditor
P.O. Box 1515
Morristown, TN 37816
PH# 423 / 317-8555

**CERTIFICATE OF SERVICE**

I certify that the foregoing Objection to Confirmation was served upon the following listed parties and/or counsel by either electronic transmission, first-class United States mail postage prepaid or by hand-delivery on June 13, 2018:

Rachel Leigh Carson
917 Camelia Trace
Maryville, TN 37801

Zachary S. Burroughs, Attorney (via ECF)

Gwendolyn M. Kerney, Trustee (via ECF)


/s/ Wm. Stanton Massa, III
Wm. Stanton Massa, III (BPR# 015556)
Attorney for Creditor
P.O. Box 1515
Morristown, TN 37816
PH# 423 / 317-8555

OTC